1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10            UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12                 SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. 10-CR-00824-DLJ
                                        )
15         Plaintiff,                   )
                                        )
16     v.                               )    STIPULATION AND  ORDER
                                        )    CONTINUING HEARING DATE
17  ANGEL TOPETE,                       )
                                        )
18         Defendant.                   )
    _____ )
19

20

21        The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23  request that the sentencing hearing currently scheduled for October 18, 2011, be continued to

24  January 24, 2012.

25         On August 2, 2011, ANGEL TOPETE pleaded guilty plead guilty to a two-count

26  Superseding Information in the above-captioned matter charging him with (1) use of

27  communication facility in causing or facilitating the commission of a felony under the Controlled

28  Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for

1  the purpose of evading reporting requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has

2  been released and is currently on bond.

3       The parties are requesting that his sentencing hearing be reset to January 24, 2012.

4       No other defendants are affected by this request.

5  SO STIPULATED:

6

7  Dated: October 4, 2011 _____/S/_____

8                          Thomas A. Colthurst
                           Assistant United States Attorney

9

10 Dated: October 4, 2011 _____/S/_____

11                         Peter A. Leeming, Esq.
                           Attorney for Defendant

12

13      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

14 hearing for *United States v. Angel Topete*, scheduled for October 18, 2011, is continued to

15 January 24, 2012, at 10:00 a.m.

16

17

18 DATED:   October 11, 2011_____    _____

19                                     THE HONORABLE D. LOWELL JENSEN
                                       United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND OCTOBER 11, 2011 ORDER
Case No. 10-CR-00824-DLJ                -2-