1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,         )   No. 10-CR-00824-DLJ
                                     )
15        Plaintiff,                 )
                                     )   STIPULATION AND []
16     v.                            )   ORDER CONTINUING HEARING DATE
                                     )
17 ANGEL TOPETE,                     )
                                     )
18        Defendant.                 )
   _____)
19

20

21     The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the

22 government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23 request that the sentencing hearing currently scheduled for February 9, 2012, be continued to

24 April 12, 2012.

25     On August 2, 2011, ANGEL TOPETE pleaded guilty plead guilty to a two-count

26 Superseding Information in the above-captioned matter charging him with (1) use of

27 communication facility in causing or facilitating the commission of a felony under the Controlled

28 Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ

1  the purpose of evading reporting requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has
2  been released and is currently on bond.
3       The parties are requesting that his sentencing hearing be reset to April 12, 2012.
4       No other defendants are affected by this request.
5  SO STIPULATED:

7  Dated: January 26, 2012                /S/
                                    Thomas A. Colthurst
8                                   Assistant United States Attorney

10
   Dated: January 26, 2012                /S/
11                                  Peter A. Leeming, Esq.
                                    Attorney for Defendant
12

13       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
14  hearing for *United States v. Angel Topete*, scheduled for February 9, 2012, is continued to April
15  12, 2012, at 10:00 a.m.

18  DATED:  FDFDFG
                                    THE HONORABLE D. LOWELL JENSEN
19                                  United States District Judge