Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant ANGEL TOPETE

**Filed**

APR 1 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE PLANCARTE, et al<br><br>Defendants | No. CR 10-00824 DLJ<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT ANGEL TOPETE |

The parties stipulate, and request that the court Order, the following:

1. Mr. Topete, the accused in the above case, is currently scheduled to be sentenced on April 12, 2012, at 10:00 AM. By this stipulation and proposed Order, the parties are jointly requesting that the sentencing hearing be moved to June 14, 2012, at 10:00 AM.

STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING. - 1

2.      On August 2, 2011, ANGEL TOPETE pleaded guilty plead guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for the purpose of evading reporting requirements, in violation of 31 U.S.C. § 5324(a)(3). He has been released and is currently on bond. No other defendants are affected by this request.

3.      For the above reasons, the parties respectfully request that the sentencing hearing date of April 12, 2012 be vacated, and a new sentencing hearing be set for June 14, 2010, at 10:00 A.M.

Respectfully submitted,

Dated: April 10, 2012         By:_____/s/_____
                              PETER A. LEEMING,
                              Attorney for Angel Topete


_/s/ Thomas Colthurst_
Assistant U.S. Attorney


IT IS SO ORDERED.

DATED: 4-12-12

_____
HON. D. Lowell Jensen
United States District Court Judge


STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING SENTENCING. - 2