| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408)-535-5065 |
| 7 | Fax: (408)-535-5066<br>E-Mail: tom.colthurst@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-00824-DLJ |
| Plaintiff, | )<br>) | |
| v. | )<br>) | STIPULATION AND []<br>ORDER CONTINUING HEARING DATE |
| ANGEL TOPETE, | )<br>) | |
| Defendant. | )<br>) | |

The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for June 14, 2012, be continued to August 2, 2012.

On August 2, 2011, ANGEL TOPETE pleaded guilty plead guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ

1  the purpose of evading reporting requirements, in violation of 31 U.S.C. § 5324(a)(3). He has
2  been released and is currently on bond.
3       The parties are requesting that his sentencing hearing be reset to August 2, 2012.
4       No other defendants are affected by this request.
5  SO STIPULATED:

7  Dated: June 7, 2012                /S/
                                      Thomas A. Colthurst
8                                     Assistant United States Attorney

10
   Dated: June 7, 2012                /S/
11                                    Peter A. Leeming, Esq.
                                      Attorney for Defendant
12

13      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
14  hearing for *United States v. Angel Topete*, scheduled for June 14, 2012, is continued to August 2,
15  2012, at 10:00 a.m.

18  DATED:  Î⊞G⊞G
                                      THE HONORABLE D. LOWELL JENSEN
19                                    United States District Judge