MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>           Plaintiff,                              )<br>                                                              )<br>     v.                                                   )<br>                                                              )<br> ANGEL TOPETE,                            )<br>                                                              )<br>           Defendant.                         )<br>_____) | No. 10-CR-00824-DLJ<br><br>STIPULATION AND []<br>ORDER CONTINUING HEARING DATE |

The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for August 2, 2012, be continued to October 18, 2012.

On August 2, 2011, ANGEL TOPETE pleaded guilty plead guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for

1  the purpose of evading reporting requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has
2  been released and is currently on bond.
3        The parties are requesting that his sentencing hearing be reset to October 18, 2012.
4        No other defendants are affected by this request.
5  SO STIPULATED:
6
7  Dated: July 31, 2012                /S/
                                       Thomas A. Colthurst
8                                      Assistant United States Attorney
9
10
    Dated: July 31, 2012               /S/
11                                     Peter A. Leeming, Esq.
                                       Attorney for Defendant
12
13      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
14  hearing for *United States v. Angel Topete*, scheduled for August 2, 2012, is continued to October
15  18, 2012, at 10:00 a.m.
16
17
18  DATED:  Ï ÐFÐG                    _____
                                       THE HONORABLE D. LOWELL JENSEN
19                                     United States District Judge
20
21
22
23
24
25
26
27
28

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ            -2-