1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. 10-CR-00824-DLJ
                                       )
15      Plaintiff,                     )
                                       )   STIPULATION AND []
16      v.                             )   ORDER CONTINUING HEARING DATE
                                       )
17 ANGEL TOPETE,                       )
                                       )
18      Defendant.                     )
                                       )
19

20

21      The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the

22 government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23 request that the sentencing hearing currently scheduled for October 18, 2012, be continued to

24 December 13, 2012.

25      ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-

26 captioned matter charging him with (1) use of communication facility in causing or facilitating

27 the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. §

28 843(b), and (2) structuring currency transactions for the purpose of evading reporting

1 requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has been released and is currently on
2 bond.
3      The parties are requesting that his sentencing hearing be reset to December 13, 2012.
4      No other defendants are affected by this request.
5 SO STIPULATED:

7 Dated: September 25, 2012       /S/
    Thomas A. Colthurst
8     Assistant United States Attorney

10
11 Dated: September 25, 2012       /S/
    Peter A. Leeming, Esq.
12     Attorney for Defendant

13     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
14 hearing for *United States v. Angel Topete*, scheduled for October 18, 2012, is continued to
15 December 13, 2012, at 10:00 a.m.

18 DATED: F€IOIFG

    THE HONORABLE D. LOWELL JENSEN
19     United States District Judge