1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                      SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,        )   No. 10-CR-00824-DLJ
                                     )
15          Plaintiff,                )
                                     )   STIPULATION AND []
16       v.                           )   ORDER CONTINUING HEARING DATE
                                     )
17  ANGEL TOPETE,                    )
                                     )
18          Defendant.                )
                                     )
19

20

21       The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23  request that the sentencing hearing currently scheduled for December 13, 2012, be continued to

24  February 7, 2013.

25       ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-

26  captioned matter charging him with (1) use of communication facility in causing or facilitating

27  the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. §

28  843(b), and (2) structuring currency transactions for the purpose of evading reporting

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ

1  requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has been released and is currently on
2  bond.
3         The parties are requesting that his sentencing hearing be reset to February 7, 2013.
4         No other defendants are affected by this request.
5  SO STIPULATED:
6
7  Dated: November 28, 2012            /S/
                                       Thomas A. Colthurst
8                                      Assistant United States Attorney
9
10
   Dated: November 28, 2012            /S/
11                                     Peter A. Leeming, Esq.
                                       Attorney for Defendant
12
13      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
14  hearing for *United States v. Angel Topete*, scheduled for December 13, 2012, is continued to
15  February 7, 2013, at 10:00 a.m.
16
17
18  DATED:  FG▯FF▯G                    _____
                                       THE HONORABLE D. LOWELL JENSEN
19                                     United States District Judge