```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  THOMAS A. COLTHURST (CABN 99493)
    Assistant United States Attorney
 5
      150 Almaden Boulevard, Suite 900
 6    San Jose, California 95113
      Telephone: (408)-535-5065
 7    Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-00824-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | |
| ANGEL TOPETE, | ) | |
| Defendant. | ) | |

The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for February 7, 2013, be continued to March 7, 2013.

ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for the purpose of evading reporting

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ

1  requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has been released and is currently on
2  bond.
3         The parties are requesting that his sentencing hearing be reset to March 7, 2013.
4         No other defendants are affected by this request.
5  SO STIPULATED:

7  Dated: January 11, 2013            /S/
                                     Thomas A. Colthurst
8                                    Assistant United States Attorney

10 Dated: January 11, 2013            /S/
11                                   Peter A. Leeming, Esq.
                                     Attorney for Defendant

13     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
14 hearing for *United States v. Angel Topete*, scheduled for February 7, 2013, is continued to March
15 7, 2013, at 10:00 a.m.

18 DATED:    FEBCGEFH
                                     THE HONORABLE D. LOWELL JENSEN
19                                   United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ            -2-