1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5065
7      Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,          )   No. 10-CR-00824-DLJ
                                      )
15         Plaintiff,                 )
                                      )   STIPULATION AND []
16     v.                             )   ORDER CONTINUING HEARING DATE
                                      )
17 ANGEL TOPETE,                      )
                                      )
18         Defendant.                 )
                                      )
19

20

21     The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the

22 government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23 request that the sentencing hearing currently scheduled for March 7, 2013, be continued to May

24 2, 2013.

25     ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-

26 captioned matter charging him with (1) use of communication facility in causing or facilitating

27 the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. §

28 843(b), and (2) structuring currency transactions for the purpose of evading reporting

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ

1  requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has been released and is currently on
2  bond.
3       The parties are requesting that his sentencing hearing be reset to May 2, 2013.   The
4  Probation Officer has been consulted and needs additional time to prepare the presentence report.
5       No other defendants are affected by this request.
6  SO STIPULATED:

8  Dated: January 17, 2013             /S/
                                      Thomas A. Colthurst
9                                     Assistant United States Attorney

11
12  Dated: January 17, 2013             /S/
                                      Peter A. Leeming, Esq.
                                      Attorney for Defendant

14       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
15  hearing for *United States v. Angel Topete*, scheduled for March 7, 2013, is continued to May 2,
16  2013, at 10:00 a.m.

19  DATED: _____            _____
                                  THE HONORABLE D. LOWELL JENSEN
20                                United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ            -2-