MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 10-CR-00824-DLJ |
|    Plaintiff,   ) | |
|    v.   ) | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| ANGEL TOPETE,   ) | |
|    Defendant.   ) | |

   The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for May 16, 2013, be continued to June 20, 2013.

   ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for the purpose of evading reporting

1  requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has been released and is currently on
2  bond.
3        The parties are requesting that his sentencing hearing be reset to June 20, 2013, because
4  they need more time to frame their sentencing recommendations.
5        No other defendants are affected by this request.
6  SO STIPULATED:
7
8  Dated: May 14, 2013         /S/
                            Thomas A. Colthurst
9                              Assistant United States Attorney
10
11
12  Dated: May 14, 2013         /S/
                            Peter A. Leeming, Esq.
13                              Attorney for Defendant
14        Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
15  hearing for *United States v. Angel Topete*, scheduled for May 16, 2013, is continued to June 20,
16  2013, at 10:00 a.m.
17
18
19  DATED: 5/15/13
                            THE HONORABLE D. LOWELL JENSEN
20                              United States District Judge