1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. 10-CR-00824-DLJ
                                    )
15       Plaintiff,                 )
                                    )   STIPULATION AND []
16    v.                            )   ORDER CONTINUING HEARING DATE
                                    )
17 ANGEL TOPETE,                    )
                                    )
18       Defendant.                 )
                                    )
19

20

21       The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the

22 government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23 request that the sentencing hearing currently scheduled for June 20, 2013, be continued to July

24 25, 2013.

25       ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-

26 captioned matter charging him with (1) use of communication facility in causing or facilitating

27 the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. §

28 843(b), and (2) structuring currency transactions for the purpose of evading reporting

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ

1  requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has been released and is currently on
2  bond.
3       The parties are requesting that his sentencing hearing be reset to July 25, 2013, because
4  they need more time to frame their sentencing recommendations.
5       No other defendants are affected by this request.
6  SO STIPULATED:

8  Dated: June 13, 2013            /S/
                                   Thomas A. Colthurst
9                                  Assistant United States Attorney

11 Dated: June 13, 2013            /S/
12                                 Peter A. Leeming, Esq.
                                   Attorney for Defendant

14      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
15 hearing for *United States v. Angel Topete*, scheduled for June 20, 2013, is continued to July 25,
16 2013, at 10:00 a.m.

19 DATED:  ÎÐJÐH
                                   THE HONORABLE D. LOWELL JENSEN
20                                 United States District Judge