1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                           SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,        )   No. 10-CR-00824-DLJ
                                      )
15 |       Plaintiff,                 )
                                      )   STIPULATION AND []
16 |   v.                             )   ORDER CONTINUING HEARING DATE
                                      )
17 | ANGEL TOPETE,                    )
                                      )
18 |       Defendant.                 )
                                      )
19

20
21        The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the
22 government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully
23 request that the sentencing hearing currently scheduled for July 25, 2013, be continued to
24 September 26, 2013.
25        ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-
26 captioned matter charging him with (1) use of communication facility in causing or facilitating
27 the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. §
28 843(b), and (2) structuring currency transactions for the purpose of evading reporting

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ

1  requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has been released and is currently on
2  bond.
3      The parties are requesting that his sentencing hearing be reset to September 26, 2013,
4  because they need more time to frame their sentencing recommendations.
5      No other defendants are affected by this request.
6  SO STIPULATED:

8  Dated: July 22, 2013          /S/
                               Thomas A. Colthurst
9                                 Assistant United States Attorney

11
12  Dated: July 22, 2013          /S/
                               Peter A. Leeming, Esq.
13                                 Attorney for Defendant

14      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
15  hearing for *United States v. Angel Topete*, scheduled for July 25, 2013, is continued to September
16  26, 2013, at 10:00 a.m.

19  DATED: ïøĆĖFH
                               THE HONORABLE D. LOWELL JENSEN
20                                 United States District Judge