```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  THOMAS A. COLTHURST (CABN 99493)
    Assistant United States Attorney
 5
       150 Almaden Boulevard, Suite 900
 6     San Jose, California 95113
       Telephone: (408)-535-5065
 7     Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 10-CR-00824-DLJ |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [] |
| v. | ) ORDER CONTINUING HEARING DATE |
| | ) |
| ANGEL TOPETE, | ) |
| | ) |
| Defendant. | ) |

The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for September 26, 2013, be continued to December 5, 2013.

ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for the purpose of evading reporting

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ

1  requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has been released and is currently on
2  bond.
3       The parties are requesting that his sentencing hearing be reset to December 5, 2013,
4  because they need more time to frame their sentencing recommendations.
5       No other defendants are affected by this request.
6  SO STIPULATED:

8  Dated: September 17, 2013         /S/
                                     Thomas A. Colthurst
9                                    Assistant United States Attorney

11
   Dated: September 17, 2013         /S/
12                                   Peter A. Leeming, Esq.
                                     Attorney for Defendant

14       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
15  hearing for *United States v. Angel Topete*, scheduled for September 26, 2013, is continued to
16  December 5, 2013, at 10:00 a.m.

19  DATED: _____
                                     THE HONORABLE D. LOWELL JENSEN
20                                   United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ           -2-