MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408)-535-5065
  Fax: (408)-535-5066
  E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CR-00824-DLJ |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| ANGEL TOPETE, ) | |
|     Defendant. ) | |

    The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for December 5, 2013, be continued to February 20, 2014.

    ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for the purpose of evading reporting requirements, in violation of 31 U.S.C. § 5324(a)(3). He has been released and is currently on bond.

The parties are requesting that his sentencing hearing be reset to February 20, 2014, because they need more time to frame their sentencing recommendations.

No other defendants are affected by this request.

SO STIPULATED:

Dated: November 25, 2013         /S/
                                 Thomas A. Colthurst
                                 Assistant United States Attorney

Dated: November 25, 2013         /S/
                                 Peter A. Leeming, Esq.
                                 Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for United States v. Angel Topete, scheduled for December 5, 2013, is continued to February 20, 2014, at 10:00 a.m.

DATED:

THE HONORABLE D. LOWELL JENSEN
United States District Judge

STIP AND [] ORDER
No. 10-CR-00824-DLJ                                    2